[NOT FOR PUBLICATION-NOT TO BE CITED AS PRECEDENT]

# United States Court of Appeals
## For the First Circuit

---

No. 00-1824

ROSALIE DEROSA,

Plaintiff, Appellant,

v.

ANTHONY LAWRENCE,

Defendant, Appellee.

---

APPEAL FROM THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF MASSACHUSETTS

[Hon. Mark L. Wolf, U.S. District Judge]

---

Before

Boudin, Chief Judge,
Selya and Lynch, Circuit Judges.

---

Rosalie DeRosa on brief pro se.

---

September 10, 2001

---

**Per Curiam**.    Plaintiff appeals from a dismissal of her complaint for a lack of subject matter jurisdiction. Reviewing the dismissal <u>de</u> <u>novo</u> we agree that plaintiff did not allege any basis for federal question jurisdiction, but appears to be attempting to appeal from a state court judgment, which she cannot do in federal district court. Her response to the court's order to show cause also failed to offer any facts indicating that it is not a legal certainty that her claim involves less than the amount needed to sustain jurisdiction on the basis of diversity of citizenship.

<u>Affirmed</u>.